
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEILA GOLDMAN,

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee, of Harborview 2005-13 Trust Fund,

        Defendant.

Case No. _____
District Judge _____
Magistrate Judge _____

<u>Removed from:</u>
Oakland County Circuit Court
Case No. 11-120299-CH
Hon. Michael Warren

_____

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | State Court Record |
| B. | Written notice to Plaintiff's counsel and to the Oakland County Circuit Court Clerk |
| C. | Residential Property Profile |

1150051 v1/11225.0137